# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>George Cullett<br><br>*Defendant* | )<br>)<br>) Case No. 5:14mj53<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __11/07/2013__ in the county of __Wayne__ in the __Middle__ District of __Pennysylvania__, the defendant violated __18__ U. S. C. § __7(3) and 113(a)(1)__, an offense described as follows:

The Defendant, at a place within the territorial jurisdiction of the United States, namely the United States Penitentiary at Canaan, Pennsylvania, on land acquired for the use of the United States and under its concurrent jurisdiction, the Defendant, George Cullett, did knowingly and intentionally assault another inmate with a dangerous weapon, with the intent to commit murder, by stabbing him with a sharp weapon commonly known to as a "shank."

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Aris Anastasas, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 17, 2014

*Judge's signature*

City and state: Wilkes-Barre, PA

Karoline Mehalchick, U.S. Magistrate Judge
*Printed name and title*