UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

-vs-

GEORGE LYLE CULLETT, JR.,
           Defendant

NO. 14CR 259

FILED
SCRANTON
OCT 1 4 2014
PER _____
DEPUTY CLERK

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

On or before November 7, 2013, in Wayne County, within the Middle District of Pennsylvania, the Defendant,

GEORGE LYLE CULLETT, JR.,

did knowingly and willfully combine, conspire, confederate and agree with another person to commit an offense against the United States, that is,

> to knowingly and intentionally assault another person with intent to commit murder, at a place within the territorial jurisdiction of the United States, namely the United States Penitentiary at Canaan, Pennsylvania, on land acquired for the use of the United States and under its concurrent jurisdiction, in violation of Title 18, United States Code, Section 7(3) and 113(a).

## OVERT ACTS

In furtherance of this conspiracy, and to effect and accomplish the objects of the conspiracy, the Defendant and his coconspirator did commit and cause to be committed, the following overt acts, among others, in the Middle District of Pennsylvania:

1. On or before November 7, 2013, the Defendant and his coconspirator agreed to assault another inmate who was incarcerated with them at the United States Penitentiary at Canaan, Pennsylvania.

2. On or before November 7, 2013, the Defendant and his coconspirator obtained sharpened weapons to use in the assault.

3. On or about November 7, 2013, the Defendant and his coconspirator, carrying their weapons, positioned themselves in the common area of the F-1 housing unit at the United States Penitentiary Canaan.

4. On or about November 7, 2013, the Defendant and his co-conspirator stabbed the victim inmate on numerous occasions.

All in violation of Title 18, United States Code, Section 371.

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On or about November 7, 2013, in Wayne County, within the Middle District of Pennsylvania, the defendant,

GEORGE LYLE CULLETT, JR.,

at a place within the territorial jurisdiction of the United States, namely the United States Penitentiary at Canaan, Pennsylvania, on land acquired for the use of the United States and under its concurrent jurisdiction, did knowingly and intentionally assault another inmate with a dangerous weapon, with the intent to commit murder, by stabbing him with a sharp weapon commonly known to as a "shank."

In violation of Title 18, United States Code, Sections 7(3) and 113(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3

On or about November 7, 2013, at the United States Penitentiary at Canaan, Pennsylvania, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the Defendant,

GEORGE LYLE CULLETT, JR.,

an inmate of the United States Penitentiary at Canaan, Pennsylvania, knowingly possessed a prohibited object, that is, a sharpened weapon commonly known as a "shank."

In violation of Title 18, United States Code, Sections 1791(a)(2).

A TRUE BILL

10/14/14
DATE

Patricia Dunsinger
GRAND JURY FOREPERSON

PETER J. SMITH
United States Attorney